IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHELIA DOSS                                                              PLAINTIFF

v.                                      CIVIL ACTION NO.: 1:16-cv-001-GHD-JMV

SAFEWAY INSURANCE COMPANY
and LYON INSURANCE AGENCY, INC.                        DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the docket of this action, the Court finds that the Report and Recommendation [20] of the United States Magistrate Judge dated April 7, 2016, was on that date duly mailed to *pro se* Plaintiff via the United States Postal Service; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the United States Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. The Court therefore ORDERS as follows:

1. The Report and Recommendation [20] of the United States Magistrate Judge dated April 7, 2016, is hereby approved and adopted as the opinion of the Court; and

2. This case is hereby **DISMISSED.**

THIS, the 27 day of April, 2016.

_____
**SENIOR U. S. DISTRICT JUDGE**